```
PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
```

**FILED**
Jul 28, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HONG XIANG DONG AKA DAVID DONG, YI ZHU LIN, QI GUO LIN, HONG JU DONG AKA TONY DONG, QIHUA PAN AND YIFENG REN,<br><br>Defendants. | CASE NO. 2:20-CR-0108-TLN<br><br>[PROPOSED] ORDER TO SEAL<br><br>**(UNDER SEAL)** |

The Court hereby orders that the Superseding Indictment, the Petition of Assistant U.S. Attorney ROGER YANG to Seal Superseding Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

Dated: July 28, 2022

_____
The Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO SEAL INDICTMENT                        1