PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>HONG XIANG DONG,<br><br>                Defendant. | CASE NO. 2:20-CR-108-TLN<br><br>[PROPOSED] ORDER TO WITHDRAW ARREST WARRANT AND SET MATTER FOR ARRAIGNMENT |

The government's motion to withdraw the arrest warrant issued against Hong Xiang Dong and set the matter for arraignment before Magistrate Judge Chi Soo Kim on May 10, 2024, at 2:00 p.m., is GRANTED.

IT IS SO ORDERED.

Dated:   May 3, 2024                             _____
                                                                  JEREMY D. PETERSON
                                                                  UNITED STATES MAGISTRATE JUDGE