THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022
Email: taj@tomjohnsonlaw.com

Attorney for HONG XIANG DONG

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> HONG XIANG DONG, YI ZHU LIN, QI GUO LIN, HONG JU DONG, AND QIHUA PAN, <br><br> Defendants. | Case No.: 2:20-cr-00108-DC <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND ORDER <br><br> Date: November 7, 2025 <br> Time: 9:30am <br> Judge: Dena M. Coggins |

## STIPULATION

1. By previous order, this matter was set for status on November 7, 2025.
2. By this stipulation, the defendants now move to continue the status conference until December 19, 2025, and to exclude time between November 7, 2025, and December 19, 2025 under Local Codes T2 and T4.
3. The parties agree and stipulate, and request that the Court find the following:
   a) The defendants require a Cantonese and Mandarin interpreter. The court interpreter, Mr. Richard Shek, is on bereavement leave during the month of October and will be until December. Mr. Shek has served as the interpreter for defendants Hong Dong and Yi Lin. The defendants trust him and his

STIPULATION AND ORDER                                  - 1 -

interpretation.   Both defendants need his translation to understand the complexities of this federal indictment.

b) Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 18, 2025 to July 18, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii), (iv) [Local Code T2 and T4] because this is a complex case and it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED:  October 29, 2025                              ERIC GRANT
                                                                       United States Attorney

                                                                       /s/ Roger Yang
                                                                       ROGER YANG
                                                                       Assistant U.S. Attorney

1
2  DATED: October 29, 2025
3
4                                          /s/ Malcolm S. Segal
                                           MALCOLM S. SEGAL
5                                          Attorney for Yi Zhu Lin
6
7  DATE: October 29, 2025
8                                           /s/ Thomas A. Johnson
                                           THOMAS A. JOHNSON
9                                          Attorney for Hong Xiang Dong
10
11
12 DATE: October 29, 2025
                                           /s/ William F. Portanova
13                                         WILLIAM F. PORTANOVA
14                                         Attorney for Qi Guo Lin
15
16 DATE: October 29, 2025
                                           /s/ Jay Rorty
17                                         JAY RORTY
18                                         Attorney for Hong Ju Dong
19
20 DATE: October 29, 2025
                                           /s/ Matthew Clinton Smith
21                                         MATTHEW CLINTON SMITH
22                                         Attorney for Qihua Pan
23
24
25
26
27
28

STIPULATION AND ORDER                - 3 -

# ORDER

The court, having received, read and considered the parties' stipulation filed on October 29, 2025, and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for November 7, 2025, is VACATED and RESET for December 19, 2025, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between November 7, 2025 and December 19, 2025 inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii), and B(iv) [Local Codes T2 and T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **October 29, 2025**                                      _____
                                                                                      Dena Coggins
                                                                                      United States District Judge