Jay Rorty [SBN: 135097]
The Law Offices of Jay Rorty
501 Mission St., Suite 10
Santa Cruz, CA 95060
jay@rortylaw.com

Attorneys for Defendant
HONG JU DONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:20-CR-0108-DC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ~~(PROPOSED)~~ ORDER TO CONTINUE STATUS CONFERENCE |
| HONG JU DONG aka TONG DONG, et al., | |
| Defendant. | |

1. By previous order, this matter was set for a status conference on December 19, 2025.

2. Since the last in court appearance, the government has produced additional discovery.

3. Counsel for Defendant HONG JU DONG aka TONY DONG has informed all parties that they intend to file a motion for Bill of Particulars.

4. All parties have stipulated and agree to the following briefing schedule in regards to Mr. Dong's pending motion for bill of particulars:

    - Defendant's motion for bill of particulars to be filed by January 2, 2026
    - Governments' response to be filed by January 16, 2026
    - Hearing on motion January 30, 2026 and further status as to all parties.

5. As a result, all parties additionally stipulate and agree that the status conference be vacated from December 19, 2025, and rescheduled for January 30, 2026 and to exclude time under the Speedy Trial Act and Local Codes T2 and T4.

6. Based on the above, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

SO STIPULATED.

Dated: December 12, 2025            /s/ Roger Yang (as authorized on 12/12/25)
ROGER YANG
Assistant United States Attorney

Dated: December 12, 2025            /s/ Jay Rorty
JAY RORTY
Counsel for Defendant
HONG JU DONG aka TONG DONG

           /s/ Thomas Johnson (as authorized on 12/12/25)
THOMAS A. JOHNSON
Counsel for Defendant
HONG XIANG DONG

1
2
3
4
    /s/ Malcolm Segal (as authorized on 12/12/25)
MALCOLM SEGAL
Counsel for Defendant
YI ZHU LIN

5
6
7
8
    /s/ William Portanova (as authorized on 12/12/25)
WILLIAM F. PORTANOVA
Counsel for Defendant
QI GUO LIN

9
10
11
12
    /s/ Matthew Clinton Smith (as authorized on 12/12/25)
MATTHEW CLINTON SMITH
Counsel for Defendant
QIHUA PAN

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

ORDER

The court, having received, read and considered the parties' stipulation filed on December 16, 2025, and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, Defendant Hong Ju Dong's Motion for Bill of Particulars shall be filed by January 2, 2026, and be noticed for hearing on January 30, 2026, at 9:030 a.m. in Courtroom 10 before the Honorable Dena M. Coggins; the Government's response to the Motion shall be filed by January 16, 2026.

It is FURTHER ORDERED that as to Defendants Hong Xiang Dong, Yi Zhu Lin, Qi Guo Lin, Hong Ju Dong, and Qihua Pan the Status Conference scheduled for December 19, 2025, is VACATED and RESET for January 30, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between December 19, 2025, and January 30, 2026, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Codes T2 and T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **December 17, 2025**

Dena Coggins
United States District Judge