THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022
Email: taj@tomjohnsonlaw.com

Attorney for HONG XIANG DONG

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HONG XIANG DONG, YI ZHU LIN, QI GUO LIN, HONG JU DONG, AND QIHUA PAN,<br><br>Defendants. | Case No.: 2:20-cr-00108-DC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND ORDER<br><br>Date: January 30, 2026<br>Time: 9:30am<br>Judge: Dena M. Coggins |

**STIPULATION**

1. By previous order, this matter was set for status on January 30, 2026.

2. By this stipulation, the defendants now move to continue the status conference until April 10, 2026, and to exclude time between January 30, 2026 and April 10, 2026 under Local Codes E, T2 and T4

3. The parties agree and stipulate, and request that the Court find the following:

    a) Defendants are requesting a continuance of the status conference because they are awaiting the Magistrate Judge's decision regarding Defendants Hong Ju Dong and Qi Hua Pan's Motions for Bill of Particulars. Additionally,

STIPULATION AND ORDER                                - 1 -

Defendants received new discovery on January 28, 2026, and thus need additional time to review.

b) Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 30, 2026 to April 10, 2026 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) [Local Code E], for pretrial motions, and 18 U.S.C. § 3161(h)(7)(A), (B)(ii), and (iv) [Local Codes T2 and T4] because this is a complex case and it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: January 29, 2026

ERIC GRANT
United States Attorney

/s/ Roger Yang
ROGER YANG
Assistant U.S. Attorney

STIPULATION AND ORDER                                                    - 2 -

DATED:  January 29, 2026

/s/ Malcolm S. Segal
MALCOLM S. SEGAL
Attorney for Yi Zhu Lin

DATE:  January 29, 2026

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Hong Xiang Dong

DATE:  January 29, 2026

/s/ William F. Portanova
WILLIAM F. PORTANOVA
Attorney for Qi Guo Lin

DATE:  January 29, 2026

/s/ Jay Rorty
JAY RORTY
Attorney for Hong Ju Dong

DATE:  January 29, 2026

/s/ Matthew Clinton Smith
MATTHEW CLINTON SMITH
Attorney for Qihua Pan

STIPULATION AND ORDER                     - 3 -

**ORDER**

IT IS HEREBY ORDERED as to Hong Xiang Dong, Yi Zhu Lin, Qi Guo Lin, Hong Ju Dong, and Qihua Pan, the court, having received, read and considered the parties' stipulation filed on January 28, 2026, and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for January 30, 2026, is VACATED and RESET for April 10, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between January 30, 2026 and April 10, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(1)(D) [Local Code E], and 18 U.S.C.§ 3161(h)(7)(A), (B)(ii), and B(iv) [Local Codes T2 and T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **January 29, 2026**

_____
Dena Coggins
United States District Judge

STIPULATION AND ORDER                    - 4 -