MATTHEW D. SEGAL, Bar No. 190938
matthew.segal@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

*Attorney for Defendant HONG JU DONG*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>HONG XIANG DONG, YI ZHU LIN, QI GUO LIN, HONG JU DONG, AND QIHUA PAN,<br><br>    Defendants. | Case No. 2:20-cr-00108-DC<br><br>***3D CORRECTED* STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND** ~~**[PROPOSED]**~~ **ORDER**<br><br>Date:  April 10, 2026<br>Time:  9:30 a.m.<br>Judge:  Dena M. Coggins |

### STIPULATION

1. By previous order, this matter is set for status on April 10, 2026.

2. By this stipulation, the defendants now move to continue the status conference until May 22, 2026, and to exclude time between April 10, 2026 and May 22, 2026 under Local Codes T2 and T4.

3. The parties agree and stipulate, and request that the Court find the following:

  a) Defendant Hong Ju "Tony" Dong has new counsel. Counsel needs reasonable time in the exercise of due diligence to familiarize himself with the case, and, further, is unavailable on April 10, 2026. New counsel is working diligently. He has stipulated to the Protective Order, received 20,000 pages of discovery,

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

152493612.2 0085291-00001

and, as of this date, the discovery has been loaded into a secure digital review tool.

    b) Counsel for the other Defendants are continuing to review the law and the evidence.

    c) Counsel for each Defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 10, 2026 to May 22, 2026 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii), (iv) [Local Code T2 and T4] because this is a complex case and it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED:  April 3, 2026

ERIC GRANT
United States Attorney


    */s/ Roger Yang*
ROGER YANG
Assistant U.S. Attorney

3D CORRECTED STIPULATION AND ORDER

2:20-CR-00108-DC

152493612.2 0085291-00001

DATED:  April 3, 2026

/s/ *Malcolm S. Segal*
MALCOLM S. SEGAL
Attorney for Yi Zhu Lin

DATE:  April 3, 2026

/s/ *Thomas A. Johnson*
THOMAS A. JOHNSON
Attorney for Hong Xiang Dong

DATE:  April 3, 2026

/s/ *William F. Portanova*
WILLIAM F. PORTANOVA
Attorney for Qi Guo Lin

DATE:  April 3, 2026

/s/ *Matthew D. Segal*
Attorney for Hong Ju Dong

DATE:  April 3, 2026

/s/ *Matthew Clinton Smith*
MATTHEW CLINTON SMITH
Attorney for Qihua Pan

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

3D CORRECTED STIPULATION AND
ORDER

2:20-CR-00108-DC

152493612.2 0085291-00001

**ORDER**

IT IS HEREBY ORDERED as to Hong Xiang Dong, Yi Zhu Lin, Qi Guo Lin, Hong Ju Dong, and Qihua Pan, the court, having received, read and considered the parties' stipulation filed on March 27, 2026 (Doc. No. 116), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for April 10, 2026, is VACATED and RESET for May 22, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between April 10, 2026 and May 22, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(ii), (iv) [Local Code T2 and T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **April 3, 2026**                          _____

Dena Coggins
United States District Judge

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

3D CORRECTED STIPULATION AND
ORDER

2:20-CR-00108-DC

152493612.2 0085291-00001